# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00216-CR

---

**Roland Darrell Trotter, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
NO. CR-17-0254, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 27, 2018. On counsel's motions, the time for filing was extended to November 26, 2018. Appellant's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 13, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 30, 2018.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish